# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. CV-F-04-5466 OWW SMS P |
| Plaintiff, | ORDER GRANTING REQUEST FOR EXTENSION OF TIME NUNC PRO TUNC TO MAY 13, 2005 |
| v. | |
| R. BEER, et al., | (Doc. 53) |
| Defendants. | |

On May 13, 2005, defendants Beer, Keener, Gonzales, Streeter, Sloss, Dill, Butts, Adkison, Castillo, Buckley, Marshall, and Loren ("defendants") filed an answer and a request for an extension of time nunc pro tunc to May 13, 2005, to file the answer.[1] Defendants' request for an extension of time nunc pro tunc to May 13, 2005, is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   May 16, 2005          /s/ Sandra M. Snyder
i0d3h8                         UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant D. Morales has apparently not yet been served.

1