IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | 1:04-cv-5466 OWW SMS P |
| Plaintiff, | |
| vs. | ORDER DIRECTING RE-SERVICE BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |
| R. BEER, et al., | |
| Defendants. | |

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. On January 26, 2005, the court directed the United States Marshal to initiate service of process. On May 16, 2005, the Marshal returned service as executed against defendant D. Morales, apparently based on the mistaken belief that Morales made an appearance in this action on April 1, 2005. Defendant Morales did not return a waiver of service and has not been personally served. Because defendant did not return the waiver, the Marshal must now attempt to personally serve defendant Morales. Accordingly, IT IS HEREBY ORDERED that:

   1. The Clerk of the Court is directed to forward the following documents to the United States Marshal for service upon defendant D. MORALES:

      (1) One completed and issued summons for defendant to be served;

(2) One completed USM-285 form for defendant to be served;

(3) One copy of the complaint filed on March 22, 2004, for defendant to be served, plus an extra copy for the Marshal;

(4) One copy of this order for defendant to be served, plus an extra copy for the Marshal;

(5) One copy of the court's consent form for defendant to be served.

2. The U.S. Marshal is directed to retain the summons and a copy of the complaint in their file for future use.

3. The United States Marshal shall:

a. Within **forty-five (45) days** personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

b. Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

4. In the event that defendant makes an appearance in this action by filing an answer,

1  dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve
2  defendant.
3        5. In the event that defendant is personally served, defendant is required to reply
4  to the complaint. 42 U.S.C. §1997e(g)(2).

6  IT IS SO ORDERED.

7  **Dated:**   **May 18, 2005**               /s/ Sandra M. Snyder
   i0d3h8                                     UNITED STATES MAGISTRATE JUDGE