# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>           Plaintiff,<br><br>     v.<br><br>R. BEER, et al.,<br><br>           Defendants.<br>                                             / | CASE NO. CV-F-04-5466 OWW SMS P<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC TO MAY 27, 2005, AND EXTENDING APPLICATION OF AMENDED DISCOVERY AND SCHEDULING ORDER TO DEFENDANT MORALES<br><br>(Docs. 59 and 61) |

On May 19, 2005, the court issued an order directing the Marshal to initiate personal service on defendant Morales. On May 27, 2005, defendant Morales filed a waiver of service of summons, a request for an extension of time nunc pro tunc to May 27, 2005, to file a response to the complaint, and an answer.

Defendant's request for an extension of time to respond to the complaint is HEREBY GRANTED nunc pro tunc to May 27, 2005. Application of the Amended Discovery and Scheduling Order, filed May 19, 2005, is HEREBY EXTENDED to defendant Morales.

IT IS SO ORDERED.

**Dated:   June 8, 2005**               /s/ Sandra M. Snyder
i0d3h8                                           UNITED STATES MAGISTRATE JUDGE

1