UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD GLASS, | ) | 1:04-CV-5466 OWW SMS P |
| Plaintiff, | ) ) | ORDER GRANTING REQUESTS FOR EXTENSIONS OF TIME TO RESPOND |
| v. | ) ) | TO INTERROGATORIES DIRECTED TO DEFENDANTS STREETER AND |
| R. BEER, et al., | ) | LOREN |
| Defendants. | ) ) ) | (DOCUMENTS #67, #71) |

On August 5, 2005, defendants filed a request seeking a twenty-day extension of time to respond to plaintiff's interrogatories, set one, directed to defendant Streeter and defendant Lloren. On August 25, 2005, defendants filed a second request for an additional twenty days to respond to the interrogatories directed to defendant Lloren. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants' request for a twenty-day extension of time to respond to the interrogatories directed to defendant Streeter is GRANTED nunc pro tunc to August 25, 2005, and defendants' request for twenty days from the date of service of this order to respond to plaintiff's interrogatories directed to defendant Lloren is GRANTED.

IT IS SO ORDERED.

**Dated:   August 26, 2005**         **/s/ Sandra M. Snyder**
i0d3h8                    UNITED STATES MAGISTRATE JUDGE