UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD GLASS, | ) | 1:04-CV-5466 OWW SMS P |
| Plaintiff, | ) ) | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES DIRECTED TO DEFENDANT BEER (DOCUMENT #69) |
| v. | ) ) | |
| R. BEER, et al., | ) ) | |
| Defendants. | ) ) ) | |

On August 19, 2005, defendants filed a request seeking a twenty-day extension of time to respond to plaintiff's interrogatories, set one, directed to defendant Beer. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants' request is GRANTED and defendants shall respond to plaintiff's interrogatories directed to defendant Beer within twenty days from the date of service of this order.

IT IS SO ORDERED.

**Dated:   August 26, 2005**             /s/ Sandra M. Snyder
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE