1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | MONICA N. ANDERSON
Supervising Deputy Attorney General
5 | DANIEL P. O'DONNELL, State Bar No. 177872
Deputy Attorney General
6 |  1300 I Street, Suite 125
 P.O. Box 944255
7 |  Sacramento, CA 94244-2550
 Telephone: (916) 324-5810
8 |  Fax: (916) 324-5205

9 | Attorneys for Defendants Sloss, Morales, Gonzales,
Marshall, Lloren, Streeter, Beer, Keener, Dill, Butts,
10 | Adkison, Castillo and Buckley
SA2005100836

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD GLASS,**<br><br>                                Plaintiff,<br><br>    v.<br><br>**R. BEER, et al.,**<br><br>                                Defendants. | CASE NO. CIV F 04 5466 OWW SMS P<br><br>**ORDER GRANTING DEFENDANT DILL'S FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**<br><br>Document 75 |

The request for an extension of time to respond to Plaintiff's discovery requests was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants are granted 30 days from the date of service of this order to respond to Plaintiff's interrogatories, set one, directed to Defendant Dill.

IT IS SO ORDERED.

**Dated:    September 14, 2005**          /s/ Sandra M. Snyder
i0d3h8                                            UNITED STATES MAGISTRATE JUDGE

] Order Granting Defendant Dill's First  Request For An Extension Of Time To Respond To Plaintiff's Discovery Requests
1