# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. CV-F-04-5466 OWW SMS P |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUESTS FOR EXTENSIONS OF TIME NUNC PRO TUNC |
| v. | |
| R. BEER, et al., | (Docs. 78 and 80) |
| Defendants. | |

On September 21, 2005, defendants filed a request for an extension of time nunc pro tunc to September 21, 2005, within which to serve plaintiff with responses to his request for the production of documents. On September 30, 2005, defendants filed a request for an extension of time nunc pro tunc to September 30, 2005, within which to serve plaintiff with responses to interrogatories directed to defendants Lloren and Beer. Plaintiff did not file a response to either request.

Accordingly, defendants' requests for extensions of time nunc pro tunc to September 21, 2005 (#78) and September 30, 2005 (#80) are HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:    October 28, 2005**              /s/ Sandra M. Snyder
i0d3h8                                       UNITED STATES MAGISTRATE JUDGE

1