# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:04-CV-05466-OWW-SMS-P |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME NUNC PRO TUNC |
| v. | |
| R. BEER, et al., | (Docs. 82 and 84) |
| Defendants. | |

On December 14, 2005, defendants filed a request for an extension of time nunc pro tunc to December 13, 2005, within which to serve plaintiff with a response to his second request for the production of documents. Defendants' request for an extension of time nunc pro tunc to December 13, 2005 is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   January 4, 2006**                    /s/ Sandra M. Snyder
i0d3h8                                         UNITED STATES MAGISTRATE JUDGE

1