# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:04-CV-05466-OWW-SMS-P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO SHOW CAUSE OR CONCEDE EXHAUSTION |
| v. | |
| R. BEER, et al., | (Doc. 50) |
| Defendants. | |

Plaintiff Donald Glass ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 28, 2005, plaintiff filed a motion seeking a court order requiring defendants to show cause or concede plaintiff exhausted in compliance with 42 U.S.C. § 1997e(a). It appears that plaintiff is seeking either a concession from defendants that he exhausted or a finding by the court that he exhausted.

The failure to exhaust is an affirmative defense which defendants have the burden of raising and proving. Wyatt v. Terhune, 315 F.3d 1108, 1119 (9th Cir. 2003). The deadline for filing a motion to dismiss for failure to exhaust was July 27, 2005, and defendants did not file a motion. The decision whether or not to file a motion to dismiss for failure to exhaust rests with defendants and plaintiff may not compel them to raise the defense. Neither may plaintiff, in the absence of a motion to dismiss, compel them to concede that he exhausted.

///
///
///

1   Accordingly, plaintiff's motion to show cause or concede exhaustion, filed April 28, 2005,
2 is HEREBY ORDERED DENIED.

4 IT IS SO ORDERED.

5 **Dated:   January 6, 2006**                    /s/ Sandra M. Snyder
  icido3                                         UNITED STATES MAGISTRATE JUDGE