IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DONALD GLASS,**<br><br>              Plaintiff,<br><br>     v.<br><br>**R. BEER, et al.,**<br><br>              Defendants | 1:04-CV-5466-OWW-SMS-P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S EXISTING DISCOVERY** (Doc. 92) |

On April 10, 2006, Defendants Morales, Buckley, Beer, Streeter, Castillo and Dill requested an extension of time to serve six of twelve discovery responses to Plaintiff's pending discovery requests. Upon careful examination of the moving and responding documents, the Court finds good cause to grant the request. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants shall be granted twenty days, to and including, April 30, 2006, in which to serve their six remaining discovery responses.

IT IS SO ORDERED.

**Dated:    April 14, 2006**              /s/ Sandra M. Snyder
i0d3h8                                    UNITED STATES MAGISTRATE JUDGE

1