# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:04-CV-05466-OWW-SMS-P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY DEADLINE |
| v. | |
| R. BEER, et al., | (Doc. 94) |
| Defendants. | Discovery Deadline:     July 3, 2006 |
| | Dispositive Motion Deadline:     September 1, 2006 |

Plaintiff Donald Glass ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 20, 2006, plaintiff filed a motion seeking an extension of the discovery deadline. The basis for plaintiff's request is the most recent extension of time granted to defendants to serve their responses to plaintiff's discovery requests. Plaintiff is seeking enough time to review defendants' responses and, if necessary, serve a final round of discovery requests at least forty-five days in advance of the deadline.

Pursuant to the court's order granting defendants' most recent request for an extension of time, defendants' were to have served responses to plaintiff's discovery requests on or before April 30, 2006. (Docs. 92, 93.) The discovery deadline of June 1, 2006 shall be extended to July 5, 2006. The pre-trial dispositive motion deadline shall also be extended so that parties may complete discovery before becoming concerned with filing pre-trial dispositive motions.

///

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for an extension of the discovery deadline, filed April 20, 2006, is GRANTED;
2. The discovery deadline is extended to July 3, 2006, for all parties; and
3. The pre-trial dispositive motion deadline is extended to September 1, 2006, for all parties.

IT IS SO ORDERED.

**Dated:  May 10, 2006**           /s/ Sandra M. Snyder
i0d3h8                             UNITED STATES MAGISTRATE JUDGE