# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>R. BEER, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. 1:04-CV-05466-OWW-SMS-P<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND RELIEVING PLAINTIFF OF OBLIGATION TO RESPOND TO MOTION UNTIL NOTIFIED OTHERWISE BY THE COURT<br><br>(Docs. 109 and 110) |

　　　In a separate order issued concurrently with this order, the court granted in part and denied in part plaintiff's motion to compel. Defendants were ordered to respond to select discovery requests, plaintiff was granted leave to rephrase and re-serve select discovery requests, and plaintiff was granted leave to file another motion to compel responses to select discovery requests. The court finds it is appropriate for plaintiff to be relieved of his obligation to file an opposition to defendants' motion for summary judgment until the discovery disputes in this action are deemed by the court to be sufficiently resolved. Fed. Civ. P. 56(f); Garrett v. City and County of San Francisco, 818 F.2d 1515, 1518-19 (9th Cir. 1987). The court will notify plaintiff when it is time for him to respond to the motion and will set a deadline.

　　　It is HEREBY ORDERED that:

　　　1.　　Plaintiff's motions for an extension of time, filed August 31, 2006, and September 5, 2006, are GRANTED; and

///

2. Plaintiff is relieved of his obligation to respond to defendants' motion for summary judgment until notified otherwise by the court.

IT IS SO ORDERED.

**Dated:** **November 16, 2006**     /s/ Sandra M. Snyder
icido3                                UNITED STATES MAGISTRATE JUDGE