# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>            Plaintiff,<br><br>    v.<br><br>R. BEER, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:04-cv-05466-OWW-SMS PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY, NUNC PRO TUNC TO APRIL 12, 2007<br><br>(Doc. 145) |

On April 4, 2007, plaintiff filed a motion seeking an extension of time to file a reply to defendants' opposition of March 26, 2007. Defendants filed a statement of non-opposition on April 9, 2007, and plaintiff filed his reply on April 12, 2007.

Good cause having been shown, plaintiff's motion for an extension of time to file a reply is HEREBY GRANTED, nunc pro tunc to April 12, 2007.

IT IS SO ORDERED.

**Dated:   April 16, 2007**                         /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE

1