# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:04-cv-05466-OWW-SMS PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO RE-DRAFT AND RE-SERVE LIMITED DISCOVERY REQUESTS |
| v. | |
| R. BEER, et al., | (Doc. 150) |
| Defendants. | |

Plaintiff Donald Glass ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 25, 2007, plaintiff filed a motion seeking a thirty-day extension of time to re-draft and re-serve limited discovery requests in compliance with the court's order of November 16, 2006.[1]  Defendants did not file a response.

Plaintiff's motion is HEREBY GRANTED.  Plaintiff has **thirty (30) days** within which to re-draft and re-serve his limited discovery requests.

IT IS SO ORDERED.

**Dated:   May 18, 2007**              /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff was permitted to re-draft and re-serve the following discovery requests: (1) Dill RFAs, Set One, Numbers 16 and 17, (2) POD, Set One, Number 1, (3) POD, Set One, Number 8, (4) POD, Set One, Number 9, (5) POD, Set Two, Number 1, (6) POD, Set Two, Number 4, and (7) POD, Set Three, Number 1.

1