# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:04-cv-05466-OWW-SMS PC |
| Plaintiff, | ORDER VACATING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR UNTIL MOTION IS DEEMED SUBMITTED PURSUANT TO LOCAL RULE 78-230(M) |
| v. | |
| R. BEER, et al., | |
| Defendants. | (Doc. 103) |

   Plaintiff Donald Glass ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 8, 2006, defendants filed a motion for summary judgment.  Due to an ongoing and still pending discovery dispute, plaintiff has not yet opposed the motion.  Fed. R. Civ. P. 56(f).  In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, defendants' motion for summary judgment is deemed vacated from the Court's calendar until such time as plaintiff files his opposition and either plaintiff files a reply or the motion is otherwise deemed submitted pursuant to Local Rule 78-230(m).

   Based on the foregoing, it is HEREBY ORDERED that defendants' motion for summary judgment, filed August 8, 2006, is deemed VACATED from the Court's calendar until it is deemed submitted pursuant to Local Rule 78-230(m).

IT IS SO ORDERED.

**Dated:   October 24, 2007**          /s/ Sandra M. Snyder
                            UNITED STATES MAGISTRATE JUDGE

1