# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>R. BEER, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-05466-OWW-SMS PC<br><br>**ORDER REQUIRING PLAINTIFF TO COMPLY WITH COURT'S ORDER OF NOVEMBER 16, 2006, WITHIN THIRTY DAYS**<br><br>**NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**<br><br>**PLAINTIFF'S DEADLINE TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS MARCH 24, 2008** |

　　　　Plaintiff Donald Glass ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The deadline for the completion of all discovery in this action was July 3, 2006. (Doc. 95.) However, pursuant to the Court's order of November 16, 2006, plaintiff was permitted thirty days within which to reformat and re-serve the following discovery requests: (1) Dill RFAs, Set One, Numbers 16 and 17, (2) POD, Set One, Number 1, (3) POD, Set One, Number 8, (4) POD, Set One, Number 9, (5) POD, Set Two, Number 1, (6) POD, Set Two, Number 4, and (7) POD, Set Three, Number 1. (Doc. 124.) On March 23, 2007, and May 18, 2007, plaintiff was granted thirty-day extensions of time to comply with November 16 order. (Docs. 143, 153.)

　　　　On June 25, 2007, plaintiff filed a motion seeking recusal of the undersigned and stating that he is unable to reformat and re-serve his discovery requests because his personal and legal property

1

1 has been confiscated. (Doc. 156.) On August 16, 2007, the Court issued an order denying plaintiff's motion for recusal, and requesting that defendants' counsel contact the Litigation Coordinator at CSP-Corcoran and attempt to facilitate some procedure which will allow plaintiff to access his legal material, limited to what is necessary to reformat and re-serve his eight discovery requests. (Doc. 161.) Counsel was directed to shall file a status report within thirty days, and did so on September 7, 2007. (Docs. 161, 162.) Plaintiff was provided access to his property for review on September 5, 2007, and September 6, 2007. (Doc. 162.)

Defendants' motion for summary judgment has been pending for more than one year, and the discovery issue set forth above is the only remaining issue to be resolved before plaintiff is required to file a response to defendants' motion. Fed. R. Civ. P. 56(f). The Court's order of November 16, 2006, grants plaintiff leave to re-draft and re-serve discovery requests he previously drafted and served. Compliance with the order does not require that plaintiff make photocopies, as he may send the original to defendants' counsel and make a handwritten for himself. Further, the order is limited to re-drafting already-served discovery requests and does not contemplate a new round of discovery. As such, legal research is not required to comply with the Court's order.

Plaintiff has had almost one year to comply with the order, and no further extensions of time will be granted. If plaintiff does not re-draft and re-serve his discovery requests within thirty days from the date of receipt of this order, discovery will be closed as to the outstanding discovery requests.

Plaintiff's opposition to defendants' motion for summary judgment is due on or before March 24, 2008.

Based on the foregoing, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of receipt of this order, plaintiff shall comply with the Court's order of November 16, 2006;
2. No further extensions of time will be granted;
3. If plaintiff fails to re-serve his re-drafted discovery requests within thirty days from the date of receipt of this order, the discovery phase of this litigation is closed; and

///

4. The deadline for plaintiff to file his opposition to defendants' motion for summary judgment is March 24, 2008.

IT IS SO ORDERED.

**Dated:   October 24, 2007**                   /s/ Sandra M. Snyder
                                                             UNITED STATES MAGISTRATE JUDGE