# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>        Plaintiff,<br><br>   v.<br><br>R. BEER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:04-cv-05466-OWW-SMS PC<br><br>ORDER STRIKING MOTION FILED BY NON-PARTY<br><br>(Doc. 169)<br><br>ORDER GRANTING MOTION FOR THIRTY-DAY EXTENSION OF TIME TO FILE AMENDED MOTION TO COMPEL, AND EXTENDING DEADLINE TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT TO MAY 16, 2008<br><br>(Doc. 170) |

    Plaintiff Donald Glass ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's complaint, filed March 22, 2004, against defendants Beer, Keener, Sloss, Morales, and Dill for violation of the Eighth Amendment, and against defendants Beer, Keener, Sloss, Morales, Dill, Butts, Adkison, Gonzales, Castillo, Buckley, Streeter, Marshall, and Lloren for retaliation.

    On December 17, 2007, Richard M. Sansone filed a motion seeking the Court's assistance in securing the return of plaintiff's legal property. (Doc. 169.)  Plaintiff did not sign the motion.  Mr. Sansone is not plaintiff's attorney for this case and may not file a motion on plaintiff's behalf.  Therefore, the motion shall be stricken from the record.

///

1

On January 16, 2008, plaintiff filed a motion for an extension of time to file an amended motion to compel. (Doc. 170.) The subject of the motion to compel is the reformatted discovery requests filed with the Court on November 29, 2007. (Doc. 168.) Plaintiff was granted permission to reformat and reserve those discovery requests in an order filed on November 16, 2006. (Doc. 124.)

Plaintiff's motion for an extension of time shall be granted. The amended motion to compel is limited to: POD, Set One, Numbers 1, 8, and 9; POD, Set Two, Numbers 1 and 4; and POD, Set Three, Number 1. Plaintiff is warned the motion to compel must be made in good faith. Plaintiff was given permission to reformat and re-serve these discovery requests. Plaintiff was not given permission to substitute new and different discovery requests for the deficient ones. Although plaintiff was not required to file a copy of his discovery requests with the Court, he did so and the Court notes that in several instances, the reformatted request is clearly directed at obtaining documents different than those requested in the original request. (Doc. 168, PODs 9, 4.) The plaintiff will be subject to sanctions if he attempts to compel responses in contravention of this Court's orders.

Based on the foregoing, it is HEREBY ORDERED that:

1. The motion seeking the Court's assistance in securing the return of plaintiff's legal property, filed by non-party Richard Sansone on December 17, 2007, is HEREBY STRICKEN;

2. Plaintiff's motion for an extension of time to file an amended motion to compel is GRANTED;

3. Plaintiff has **thirty (30) days** from the date of service of this order within which to file the amended motion to compel, limited to POD, Set One, Numbers 1, 8, and 9; POD, Set Two, Numbers 1 and 4; and POD, Set Three, Number 1;

4. The deadline for plaintiff to file his opposition to defendants' motion for summary judgment is extended from March 24, 2008, to May 16, 2008; and

///

///

5. Any attempt to act in contravention of the Court's orders governing this remaining discovery dispute will result in the imposition of sanctions.

IT IS SO ORDERED.

**Dated:   March 3, 2008**                                /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE

3