1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:04-cv-05466-OWW-SMS PC |
| Plaintiff, | ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING AND JURY TRIAL DATES |
| v. | |
| R. BEER, et al., | (Doc. 184) |
| Defendants. | Telephonic Trial Confirmation |
| | Hearing:    March 2, 2010, at 10:30 a.m. in Courtroom 7 (SMS) |
| | Jury Trial:    April 6, 2010, at 8:30 a.m. in Courtroom 3 (OWW) |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Donald Glass, a state prisoner proceeding pro se.  This matter is currently set for a telephonic trial confirmation hearing before the undersigned on February 2, 2010, at 10:00 a.m. in Courtroom 7, and jury trial before the Honorable Oliver W. Wanger on March 16, 2010, at 8:30 a.m. in Courtroom 3.

Due to the press of court business, the telephonic trial confirmation hearing is HEREBY CONTINUED to March 2, 2010, at 10:30 a.m. in Courtroom 7 before the undersigned, and jury trial is HEREBY CONTINUED to April 6, 2010, at 8:30 a.m. in Courtroom 3 before Judge Wanger.


IT IS SO ORDERED.

**Dated:    January 22, 2010**                    /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE

1