# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. BEER, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　／ | CASE NO. 1:04-cv-05466-OWW-SMS PC<br><br>ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING ONE DAY<br><br>(Doc. 200)<br><br><u>Telephonic Trial Confirmation</u><br><u>Hearing</u>:　March 3, 2010, at 10:30 a.m. in Courtroom 7 (SMS)<br><br><u>Jury Trial</u>:　April 6, 2010, at 8:30 a.m. in Courtroom 3 (OWW) |

　　　This matter is currently set for a telephonic trial confirmation hearing before the undersigned on March 2, 2010, at 10:30 a.m. in Courtroom 7. Due to the unavailability of the court, the telephonic trial confirmation hearing is HEREBY CONTINUED from March 2, 2010, to March 3, 2010, at 10:30 a.m. in Courtroom 7 before the undersigned.

IT IS SO ORDERED.

**Dated:　February 9, 2010**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1