1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9 DONALD GLASS, | CASE NO. 1:04-cv-05466-OWW-SMS PC |
| 10          Plaintiff, | ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING ONE DAY |
| 11     v. | (Doc. 200) |
| 12 R. BEER, et al., | |
| 13          Defendants. | Telephonic Trial Confirmation Hearing:       March 3, 2010, at 10:30 a.m. in Courtroom 7 (SMS) |
| 14 | |
| 15 | Jury Trial:       April 6, 2010, at 8:30 a.m. in Courtroom 3 (OWW) |
| 16 _____/ | |

17       This matter is currently set for a telephonic trial confirmation hearing before the undersigned

18 on March 2, 2010, at 10:30 a.m. in Courtroom 7.   Due to the unavailability of the court, the

19 telephonic trial confirmation hearing is HEREBY CONTINUED from March 2, 2010, to March 3,

20 2010, at 10:30 a.m. in Courtroom 7 before the undersigned.

21

22 IT IS SO ORDERED.

23 **Dated:    February 9, 2010**                          **/s/ Sandra M. Snyder**
                                                          UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

1