# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. BEER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-05466-OWW-SMS PC<br><br>ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING AND CONTINUING TRIAL DATE<br><br>(Docs. 200 and 202)<br><br><u>Telephonic Trial Confirmation Hearing</u>:　VACATED<br><br><u>Jury Trial</u>:　May 11, 2010, at 8:30 a.m. in Courtroom 3 (OWW) |

　　　This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Donald Glass, a state prisoner proceeding pro se. This matter is currently set for a telephonic trial confirmation hearing before the undersigned on March 3, 2010, at 10:30 a.m. in Courtroom 7, and jury trial before the Honorable Oliver W. Wanger on April 6, 2010, at 8:30 a.m. in Courtroom 3.

　　　Due to the press of court business, the telephonic trial confirmation hearing is HEREBY VACATED pending further notice, and jury trial is HEREBY CONTINUED to May 11, 2010, at 8:30 a.m. in Courtroom 3 before Judge Wanger.

IT IS SO ORDERED.

**Dated:　February 19, 2010**　　　　　　　　　／s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE