```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,                    ) CASE NO. 1:04-cv-05466-OWW-SMS PC
                                 )
          Plaintiff,             )
                                 ) ORDER DIRECTING PARTIES TO
     v.                          ) PROVIDE ESTIMATE OF DAYS FOR
                                 ) TRIAL
R.W. BEER, et al.,               )
                                 )
          Defendants.            ) Trial Date: May 11, 2010
                                 )
_____)
```

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Donald Glass, a state prisoner proceeding pro se. The trial in this matter is currently set to begin on May 11, 2010, at 8:30 a.m. in Courtroom 3 before the Honorable Oliver W. Wanger. All parties filed their pretrial statements without providing an estimate as to how many days would be required for the trial of this action.

Thus, all parties are HEREBY ORDERED to immediately notify the Court as to how many days they estimate the trial of this action will require.

IT IS SO ORDERED.

**Dated:   March 8, 2010**              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE