1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED  STATES  DISTRICT  COURT

## EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,                          ) CASE NO. 1:04-cv-05466-OWW-SMS PC
                                       )
                  Plaintiff,           )
                                       ) ORDER STRIKING PLAINTIFF'S
        v.                             ) OBJECTIONS TO DEFENDANTS'
                                       ) PRETRIAL STATEMENT
R.W. BEER, et al.,                     )
                                       ) (Doc. 201)
                  Defendants.          )
                                       )
_____)

        This is a civil rights action filed pursuant to 42 U.S.C. §
1983 by Plaintiff Donald Glass, a state prisoner proceeding pro
se.  This action is proceeding on plaintiff's complaint, filed
March 22, 2004, against defendants Beer, Keener, Sloss, Morales,
and Dill for violation of the Eighth Amendment, and against
defendants Beer, Keener, Sloss, Morales, Dill, Butts, Adkison,
Gonzales, Castillo, Buckley, Streeter, Marshall, and Lloren for
retaliation.

        In accordance with the Second Scheduling Order, the parties
in this matter submitted separate pretrial statements from which
the final pretrial order emanates.  Plaintiff filed his pretrial
statement December 28, 2009.  (Doc. 189.)  Defendants filed their
pretrial statement January 12, 2010.  (Doc. 198.)  February 3,

2010, Plaintiff filed objections to Defendants' pretrial
statement.  (Doc. 201.)

Plaintiff's objections to Defendants' pretrial statement are
not well take as the purpose of a pretrial statement,
particularly when filed by the parties separately, which defeats
the purpose of narrowing issues for trial.

Accordingly, Plaintiff's Objections to Defendants' Pretrial
Statement, filed February 3, 2010 are NOTED. The two pre-trial
statements will be harmonized for preparation of the final pre
trial conference order.


IT IS SO ORDERED.

Dated:    March 8, 2010                    _____/s/ Oliver W. Wanger_____
                                           UNITED STATES DISTRICT JUDGE