UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD GLASS, | ) | CASE NO. 1:04-cv-05466-OWW-SMS PC |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING SERVICE OF THREE |
| | ) | SUBPOENAS AD TESTIFICANDUM AND |
| | ) | WITNESS FEES BY UNITED STATES |
| v. | ) | MARSHALS SERVICE |
| | ) | |
| R.W. BEER, et al., | ) | (Docs. 185, 186, and 187) |
| | ) | |
| Defendants. | ) | Jury Trial: May 11, 2010, at 8:30 a.m. |
| | ) | in Courtroom 3 before the Honorable |
| | ) | Judge Oliver W. Wanger |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Donald Glass, a state prisoner proceeding pro se.  On December 3, 2009, Plaintiff filed notices of the names and locations of three witnesses who refuse to testify voluntarily to be subpoenaed to attend Plaintiff's jury trial in this matter.  On December 7, 2009, the Court issued an order notifying Plaintiff of witness fees and costs due to subpoena unincarcerated witnesses who refuse to testify voluntarily and directing Plaintiff to submit three money orders, one made payable to each of the three witnesses, in the amount of $100.17. (Doc. 188.)  On January 7, 2010, Plaintiff submitted three money orders, each for the requisite sum, payable individually to the three unincarcerated witnesses.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshal's Office:

   a. Three (3) completed and issued subpoenas ad testificandum to be served on:

      L.T. Koeppe
      California State Prison, Corcoran
      4001 King Avenue
      Corcoran, California 93212

      V. Rangel
      California State Prison, Corcoran
      4001 King Avenue
      Corcoran, California 93212

      D.B. Scaife
      California State Prison, Corcoran
      4001 King Avenue
      Corcoran, California 93212

   b. Three (3) completed USM-285 forms, one for each subpoena;

   c. Three (3) copies of this order to accompany each subpoena, plus an extra copy for the U.S. Marshal; and

   d. All three (3) money orders which Plaintiff submitted to this Court, payable to L.T. Koeppe, V. Rangel, and D.B. Scaife to accompany the subpoena to each witness respectively.

2. Within TEN (10) DAYS from the date of this order, the U. S. Marshal is DIRECTED to serve on each individual the appropriate subpoena and witness fee in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The U.S. Marshal's Office is DIRECTED to retain a copy

2

of each subpoena in its file for future use.

4. The U.S. Marshal SHALL effect personal service of the subpoenas ad testificandum, along with the corresponding witness fee money order and a copy of this order for each subpoena, upon the individuals named in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and SHALL command all necessary assistance from the California Department of Corrections and Rehabilitation and California State Prison, Corcoran to execute this order.  The United States Marshal SHALL maintain the confidentiality of all information provided by the California State Prison, Corcoran pursuant to this order.

5. Within TEN (10) DAYS after personal service is effected, the U. S. Marshal SHALL file the return of service, along with the costs subsequently incurred in effecting service.  Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated:   **April 7, 2010**                              **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE