UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

DONALD GLASS,

        Plaintiff,

vs.

R. BEER, et. al.,

        Defendants.

No. 1:04-cv-5466-OWW-SMS PC

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANCUM TO TRANSPORT DONALD GLASS, CDC # D-54799, PLAINTIFF**

DATE: May 4, 2010
TIME: 8:30 a.m.

Donald Glass, inmate # D-54799, a necessary and material witness in proceedings in this case on May 4, 2010, is confined in Kern Valley State Prison, 3000 West Cecil Avenue, Delano, California 93216, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dennis L. Beck at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721, in Courtroom #9, on May 4, 2010 at 8:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until the completion of the settlement conference, or as ordered by Judge Dennis L. Beck; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Kern Valley State Prison, 300 West Cecil Avenue, Delano, California 93216:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Beck at the U. S. District Court, Fresno, at the time and place above, until completion of the settlement conference or as ordered by Judge Beck; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation. This inmate's legal property relevant to the above entitled case shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

**Dated:   April 21, 2010**            /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE