# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:04-cv-05466-OWW-SMS PC |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF PLAINTIFF AND INMATE BUCHANAN FOR TRIAL ON MAY 11, 2010 AT 8:00 A.M. |
| v. | |
| BEER, et al., | |
| Defendants. | (Docs. 210 and 211) |

This matter was set for trial on May 11, 2010, and the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff, Donald Glass (CDC # D-54799) and inmate Whittier Buchanan (CDC # K-02554) to the courthouse on May 11, 2010 at 8:00 a.m. The trial of this matter has been vacated as the parties have arrived at a settlement which was placed on the record on May 4, 2010.

Accordingly, Plaintiff Donald Glass (CDC # D-54799) and inmate Whittier Buchanan (CDC # K-02554) are no longer needed by the Court in these proceedings, and the writs of habeas corpus ad testificandum as to these inmates are HEREBY VACATED.

IT IS SO ORDERED.

Dated:   May 5, 2010                         /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE

1