# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:04-cv-05466-OWW-SMS PC |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO ADVISE WHERE HE DESIRES MONEY ORDER FOR WITNESS FEES TO BE SENT |
| v. | |
| R. BEER, et al., | |
| Defendants. | |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Donald Glass, a state prisoner proceeding pro se. This matter was set for jury trial to begin on May 11, 2010. However, on May 5, 2010, the parties entered into a stipulation for voluntary dismissal such that the trial was vacated. One of the unincarcerated witnesses (J. Rangel) whom was subpoenaed by Plaintiff has returned the witness fee money order which was served with the subpoena to compel appearance at trial. The Court recognizes that Plaintiff may not be able to negotiate the money order in prison, and might desire it to be returned via the family member and/ or acquaintance who originally assisted him in securing the money order.

Accordingly, within ten (10) days of the date of service of this order, Plaintiff is HEREBY ORDERED to advise the Court, under penalty of perjury, where he would like the Court to send the money order.

IT IS SO ORDERED.

**Dated:  May 10, 2010**          /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

1