EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
KENNETH R. WILLIAMS, State Bar No. 73170
Supervising Deputy Attorney General
JESSICA R. DEVENCENZI, State Bar No. 232427
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-6104
 Fax: (916) 324-5205
 E-mail: Jessica.Devencenzi@doj.ca.gov
*Attorney for Defendants*

**FILED**

JUN 2 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DONALD GLASS,<br><br>                    Plaintiff,<br><br>  v.<br><br>R. BEER, et al.,<br><br>                    Defendants. | 1:04-cv-5466-OWW-SMS-P<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**FED. R. CIV. P. 41(A)(1)(A)(II)** |

///

///

///

1

1

2      IT IS STIPULATED that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the

3  above entitled action shall be dismissed with prejudice as to all Defendants.

4  Dated: May 4, 2010     By: _____

5                                      Donald Glass
                                      Plaintiff in Pro Per

6

7  Dated: May 5, 2010     By: _____
                                      Jessica R. Devencenzi
                                      Deputy Attorney General

8                                        Attorney for Defendants

9

10

11

12

13

14                          It is so Ordered. Dated: 6-25-10

15

16                                United States District Judge

17

18

19

20

21

22  SA2005100836
    31002613.doc

23

24

25

26

27

28