1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  DONALD GLASS,                              CASE NO. 1:04-cv-05466-OWW-SMS PC

10                    Plaintiff,              ORDER DIRECTING CLERK OF THE COURT
                                             TO MAIL WITNESS FEES AND TRAVEL
11        v.                                  EXPENSES RECEIVED TO MICHELLE
                                             FRANKLIN
12  R. BEER, et al.,

13                    Defendants.
    _____/
14

15        This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Donald Glass, a

16  state prisoner proceeding pro se.  This matter was set for jury trial to begin on May 11, 2010.

17  However, on May 5, 2010, the parties entered into a stipulation for voluntary dismissal such that the

18  trial was vacated.

19        On May 10, 2010, an order issued directing Plaintiff to advise where he would like the Court

20  to send the money order received from one of the three unincarcerated witnesses (J. Rangel).  (Doc.

21  234.)  On July 6, 2010, Plaintiff advised via motion that he desired returned unincarcerated witness

22  fees money orders to be sent to "Mrs. Michelle Franklin, 3142 W. 76th Street, Los Angeles, CA

23  90043." (Doc. 241.)  The money order was sent to Mrs. Franklin on July 22, 2010.  (Doc. 242.)

24        On January 12, 2011, a money order was received from a second unincarcerated witness

25  (Nurse Koeppe).  The Court recognized that, due to the passage of time, Mrs. Franklin's residential

26  address may have changed and so requested Plaintiff to advise whether he desired the money order

27  from Nurse Koeppe to be sent to Mrs. Franklin at the address on 76th Street, or if he desired the

28  money order from Nurse Koeppe to be sent to someone else.  (Doc. 244.)  On January 14, 2011, it

1

was ordered that, if Plaintiff did not respond within twenty (20) days, the money order from Nurse Koeppe would be sent to Mrs. Franklin at the address on 76th Street. (*Id.*)  Plaintiff did not respond such that, on February 10, 2011, these witness fees and travel expenses were sent to Mrs. Franklin at the address on 76th Street.

On March 29, 2011, the California Department of Corrections and Rehabilitation – Corcoran State Prison submitted witness fees and travel expenses from the third unincarcerated witness (Sgt. Scaife).

In light of Plaintiff's lack of response to the order of January 14, 2011, IT IS HEREBY ORDERED that the Clerk of the Court send the witness fees and travel expenses received from unincarcerated witness Sgt. Scaife to Mrs. Michelle Franklin, 3142 W. 76th Street, Los Angeles, CA 90043.


IT IS SO ORDERED.

**Dated:     April 6, 2011              _____/s/ Sandra M. Snyder_____**
                                    UNITED STATES MAGISTRATE JUDGE